# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ<br>　　　Plaintiff,<br><br>　　　　v.<br><br>Z&F PROPERTIES LLC; and<br>DOES 1 through 10,<br>　　　Defendants. | 2:23-cv-05401-DSF-AFM<br><br>JUDGMENT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　The Court having granted Plaintiff Guri Gonzalez's motion for default judgment against Defendant Z&F Properties LLC and having found that Plaintiff is entitled to injunctive relief as well as monetary damages in the amount of $4,000 in statutory damages, $1,260 in fees, and $517 in costs,

　　IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Guri Gonzalez and against Defendant Z&F Properties LLC.  Defendant is ordered to alter the parking facility at the public accommodation and business establishment located at 10458 National Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act.  Defendant also is ordered to pay Plaintiff $5,777, as follows:

　　1. $4,000.00 in statutory damages;

  2. $1,260.00 in fees; and,

  3. $517.00 in costs.

Date: February 16, 2024

               _____
               Dale S. Fischer
               United States District Judge